DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6934
FAX: (415) 436-7234
david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-658 JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESET HEARING DATE AND TO EXCLUDE TIME FROM APRIL 22, 2020 TO MAY 12, 2020 |
| v. | |
| SATTAR QURAISH, | |
| Defendant. | |

It is hereby stipulated, by and between counsel for the United States and counsel for defendant Sattar Quraish, that the change of plea/trial setting hearing scheduled for April 22, 2020 be vacated, and that the parties appear before the Court on May 12, 2020 at 10:00 a.m. for change of plea or trial setting. The parties further stipulate that time be excluded under the Speedy Trial Act from April 22, 2020 through May 12, 2020.

Government and counsel for the defendant have conferred, and agree that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced, as well as for continuity of counsel. For this reason, the parties stipulate and agree that excluding time until May 12, 2020 will allow for the effective preparation of counsel and for continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 19-658 JD

1 | the ends of justice served by excluding the time from April 22, 2020 through May 12, 2020 from

2 | computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

3 | speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4 | The undersigned Assistant United States Attorney certifies that he has obtained approval from

5 | counsel for the defendant to file this stipulation and proposed order.

6 | IT IS SO STIPULATED.

7 | DATED: April 6, 2020                              /s/
  | DAVID J. WARD
8 | Assistant United States Attorney

9 |
10 | DATED: April 6, 2020                             /s/
   | ELIZABETH FALK
   | Counsel for Defendant Sattar Quraish

## [PROPOSED] ORDER

Based on the stipulation of the parties, the Court VACATES the change of plea/trial setting hearing currently scheduled for April 22, 2020, and orders that the above-captioned matter be set on the Court's criminal calendar for change of plea or trial setting on May 12, 2020, at 10:00 a.m.

Further, based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from April 22, 2020 through May 12, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 22, 2020 to May 12, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 22, 2020 through May 12, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: April 7, 2020                              _____
                                                  HON. JAMES DONATO
                                                  United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 19-658 JD