DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6934
    FAX: (415) 436-7234
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-658 JD |
| Plaintiff, | STIPULATION TO VACATE AND RESET CHANGE OF PLEA APPEARANCE DATE AND TO EXCLUDE TIME FROM MAY 12, 2020 TO JUNE 17, 2020, AND [PROPOSED] ORDER |
| v. | |
| SATTAR QURAISH, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Sattar Quraish, that the change of plea setting scheduled before this Court on May 12, 2020, be vacated and reset to June 17, 2020, and that time be excluded under the Speedy Trial Act from May 12, 2020 through June 17, 2020.

The government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing discovery already produced, and for continuity of counsel. For these reasons, the parties stipulate and agree that excluding time until June 17, 2020 will allow for the effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from May 12, 2020 through June 17, 2020 from computation under the Speedy

Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 6, 2020

/s/
DAVID J. WARD
Assistant United States Attorney

DATED: May 6, 2020

/s/
ELIZABETH FALK
Counsel for Defendant Sattar Quraish

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 12, 2020 through June 17, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, and for continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 12, 2020 to June 17, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 12, 2020 through June 17, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: May 7, 2020

HON. JAMES DONATO
United States District Judge