1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,              Case No.  3:19-cr-00658-JD-1

8                    Plaintiff,

9             v.                            **ORDER RE DISMISSAL**

10   SATTAR QURAISH,

11                   Defendant.

12

13          On the eve of a jury trial, the government filed a motion to dismiss without prejudice the

14   indictment and superseding indictment against defendant Quraish charging him with possession

15   with intent to distribute cocaine and heroin within 1000 feet of a school.  Dkt. No. 78.  In response

16   to the Court's inquiries at a hearing on the motion, the government said that it had been wrong

17   about the quantity of drugs it attributed to Quraish, and that the amount was not enough to sustain

18   a possession for distribution charge.  Dkt. No. 81; *see also* Dkt. No. 84-2.  The Court directed the

19   parties to file briefs on whether dismissal should be with prejudice *vel non*.  *See* Dkt. No. 81.

20          The Court requested the briefs because a dismissal without prejudice seemed unfair.  The

21   charges against Quraish have been pending since early December 2019, and it is troubling that the

22   government did not determine it that it didn't have a case against him until three court days before

23   trial in November 2020.  Accusing an individual of a serious federal crime and letting that

24   accusation dangle for almost one year before assessing the sufficiency of the evidence was

25   negligent.  Defendant suggests that the prosecutors acted in bad faith or with flagrant misbehavior,

26   which is required for a dismissal with prejudice.  *See United States v. Chapman*, 524 F.3d 1073,

27   1085 (9th Cir. 2008); *United States v. Hayden*, 860 F.2d 1483, 1487 (9th Cir. 1988).  Although the

28   Court is not prepared to go that far because the record points to misfeasance more than

*United States District Court*
*Northern District of California*

malfeasance, many of defendant's observations about the prosecutors' defaults are well taken.

The indictments are dismissed without prejudice.  The United States Attorney is directed to promptly advise the Court if defendant is charged again for the conduct that was the basis of the indictments here.

**IT IS SO ORDERED.**

Dated: November 13, 2020

_____
JAMES DONATO
United States District Judge